No. 1,823.—BOEHLER, RESPONDENT, *v.* HANSON ET AL., APPELLANTS.

*Appeal from District Court, Missoula County.*

On motion to dismiss appeal.

Decided May 15, 1902.

PER CURIAM.—Respondent's motion is granted, and the appeal is accordingly dismissed, for the reason that no transcript has been filed herein.

*Messrs. Duncan & Draffen,* and *Mr. C. B. Nolan,* for Respondent.